UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SMG, an infant by his parent and natural guardian ATAVIA MOORER; and ATAVIA MOORER, individually.

Index No. 1:14-cv-00815-VSB
Date Filed: 02/10/2014

**Answer to City's Cross-Claims**

Plaintiff(s),

-against-

SCO FAMILY OF SERVICES, DARLENE ELLISON, individually and as caseworker with SCO Family of Services; "JANE ROE" and as supervisor with SCO Family of Servies; "JOHN DOE" (being a fictitous name), individually, and as caseworker with SCO family of Services; GAIL B. NAYOWITH, individually, and as Director of SCO Family of Services;JOANNA KELLMAN, indiviually, and as caseworker with for the Administration for Children's Services of the City of New York; EMMANUEL CHIJIOKE, individually and as supervisor with for the Adminstration for Children's Services of the City of New York; and the CITY OF NEW YORK;

Defendant(s).
-------------------------------------------------------------------X

C O U N S E L O R S:

Defendant, , by its attorneys CONWAY, FARRELL, CURTIN & KELLY, P.C., as and for its Answer to City pf New York's cross-claims

1. Upon information and belief, denies each and every allegation contained in paragraph 107 of the City of New York's Cross-Claim except admits that SCO Family of Services entered into a contract with the City of New York to provide foster care services.

2. Upon information and belief, denies each and every allegation contained in paragraphs 108,109,110 of the City of New York's Cross-Claims.

DATED:   New York, New York
         May 5, 2014

**CONWAY, FARRELL, CURTIN & KELLY, P.C.**

By:_____
    Robert S. Delmond(RSD9724)
Attorneys for Defendant, SCO FAMILY OF SERVICES, INC., GAIL NAYOWITH and DARLENE ELLISON
48 Wall Street – 20th Floor
New York, N.Y. 10005
(212) 785-2929

TO:

BRUCE A. YOUNG, ESQ.
100 Church St., Ste 800
New York, NY 10007
212 965-0050
**Attorneys for Plaintiffs**

ZACHARY W. CARTER
100 Church Street Room 2-306
New York, NY 10007
**Attorneys for CITY OF NEW YORK C/O NYC CORPORATION COUNSEL, Joanna Kellman & Emmanuel Chijioke**